**IN THE UNITED STATES BANKRUPTCY COURT**
Southern District of Ohio

**In the Matter of**:                              }
                                                   }       Case No. 10-bk-55774
Corey Summers and Sonya Summers                    }
                                                   }
                                                   }       Chapter 13
                                                   }
**Debtor(s)**                                      }


**Notice of Change of Address**


My Former Mailing Address was:

Name:        Corey Summers and Sonya Summers

Street:      3435 Quinlan Blvd

City, State, Zip: Canal Winchester, OH 43110


**Please be advised that effective May 11th, 2015
my new mailing address is:**

Name:        **Corey Summers and Sonya Summers**

Street:      **6532 San Miguel Place**

City, State ,Zip: **Reynoldsburg, OH 43068**


**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was sent by electronic mail on May 11th, 2015 to the following:
**Trustee:**
Faye D. English
Chapter 13 Trustee
10 West Broad Street
Suite 900
Columbus, OH 43215-3449
**US Trustee:**
Office of the US Trustee
170 N. High Street
Suite 200
Columbus, OH 43215

**Served by Regular US Mail:**

**Debtor:**
Corey Summers and Sonya Summers
6532 San Miguel Place
Reynoldsburg, OH 43068

                        Respectfully Submitted,

                        /s/ Erin E. Schrader
                        Erin E. Schrader (0078078)
                        Rauser & Associates
                        5 East Long St., Suite 300
                        Columbus, OH 43215
                        (614) 228-4480